1042

THE STATE OF WASHINGTON, *Respondent*, v. FENLEY ROY
CRAWFORD, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Clallam County, Nos. 96-1-00165-1, 96-1-00164-2, George L. Wood, J., entered January 17 and February 7, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. SIGNE JEAN
CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00166-9, George L. Wood, J., entered January 17, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Hunt, J.

*In the Matter of the Marriage of* MARGARITA MILLER,
*Appellant*, and JETHRO MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-03782-0, Marywave Van Deren, J., entered February 27, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS M.
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00449-7, Jay B. Roof, J., entered July 16, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.